UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MARRUGI,

    Plaintiff,

v.                                                        Case No. 12-14892

OCWEN FINANCIAL CORP., et al.,

    Defendants.
                                                 /

**ORDER OF DISMISSAL**

The court has been notified that the parties have reached a mutually agreeable resolution to the above-captioned matter. The court expects that the terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE as to the right of either party to move by **April 30, 2013**, to vacate this order if the settlement is not finalized. After **April 30, 2013**, this dismissal is with prejudice.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 28, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2013, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522